AO 93 (Rev. 11/13) Search and Seizure Warrant

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR 25 2023

MITCHELL R. ELFERS
CLERK

## UNITED STATES DISTRICT COURT
for the
District of New Mexico

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No.   **23mr831**
Yellow 4-door Mitsubishi bearing VIN )
JA3AJ86EX2U009317 and New Mexico license plate )
813RWY, stored at Buck's Towing, Shiprock, NM )

### SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of ___New Mexico___
*(identify the person or describe the property to be searched and give its location):*

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before ___May 5, 2023___ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   4/21/2023 @ 10:35 am     /s/ B. Paul Briones
                                                *Judge's signature*

City and state:   Farmington, NM     B. Paul Briones, U.S. Magistrate Judge
                                     *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 23 mr 831 | 04/21/2023 at 1307 | Left in vehicle |

**Inventory made in the presence of:** SA Lorraine Hardy

**Inventory of the property taken and name of any person(s) seized:**

— Multi-color "eyce" pipe

TK

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 04/21/2023

_____
Executing officer's signature

Special Agent Travis Kosir
Printed name and title

## ATTACHMENT A

### Property to Be Searched

The interior and exterior of a yellow 4-Door Mitsubishi bearing VIN JA3AJ86EX2U009317 and New Mexico license plate 813RWY currently secured at Buck's Towing in Shiprock, New Mexico, identified as the TARGET VEHICLE.

1

## ATTACHMENT B

### Particular Things to be Seized

As a result of this investigation, there is probable cause to believe that contained within the interior and/or exterior of the yellow 4-Door Mitsubishi bearing VIN JA3AJ86EX2U009317 and New Mexico license plate 813RWY, there is evidence related to 18 U.S.C §1153 – Offenses Committed Within Indian Country, 18 U.S.C §113(6) – Assault resulting in serious bodily injury. The search warrant authorized the collection of the following:

1. Alcoholic beverage(s) and/or alcoholic beverage container(s) containing any amount of beverage whether open or closed, including cans, glass and plastic bottles, and water bottles.
2. Any package(s) apparently used to advertise, store and/or transport alcoholic beverage(s).
3. Any document(s) recorded on any media which indicates and/or tends to indicate the advertisement, sale, purchase, use, consumption, transfer and/or storage of alcoholic beverage(s), including receipts of purchase.
4. Controlled substances, including drug paraphernalia, drug packaging materials, and containers used to hold controlled substances.
5. Item(s) which establish or tend to establish possession, use, occupancy, presence and/or the right to possession of the vehicle to be searched.
6. Photographs of both the interior and exterior of the vehicle, and items to be seized.